PROB 22
(Rev. 01/24)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*
0104 3:23CR00247-001

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Kevin Daniel Colon-Rivera | District of Puerto Rico | |

NAME OF SENTENCING JUDGE
Hon. Camille L. Velez Rive, U.S. District Judge

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 01/17/2025 | TO 01/16/2028 |
|---|---|---|

OFFENSE

18 U.S.C. §922(o) Possession of a Machinegun.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Colon-Rivera has no intention of returning to Puerto Rico.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Puerto Rico

 IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Connecticut upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2/11/2025
*Date*

S/ CAMILLE L. VELEZ-RIVE
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Connecticut

 IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 25, 2025
*Effective Date*

_____
*United States District Judge*

1

30

# United States District Court
## District of Puerto Rico (San Juan)
## CRIMINAL DOCKET FOR CASE #: 3:23−cr−00247−CVR−1

Case title: USA v. Colon−Rivera et al

Magistrate judge case number:  3:23−mj−00682−MEL

Date Filed: 06/22/2023

Date Terminated: 01/17/2025

---

Assigned to: Judge Camille L. Velez−Rive

**Defendant (1)**

| | | |
|---|---|---|
| **Kevin Daniel Colon−Rivera**<br>*TERMINATED: 01/17/2025* | represented by | **Federal Public Defender Office**<br>241 Franklin D Roosevelt<br>3rd Floor<br>San Juan, PR 00918<br>787−281−4922<br>Fax: 787−281−4899<br>Email: prx_notifications@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Public Defender* |
| | | **Victor P. Miranda−Corrada**<br>Federal Public Defender<br>241 FD Roosevelt Ave.<br>San Juan, PR 00918<br>787−281−4922<br>Fax: 787−281−4899<br>Email: victor_miranda@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Public Defender* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:922(o) POSSESSION OF A MACHINEGUN<br>(1) | IMPR: TIME SERVED, followed by Three (3) years of SRT; Fine not imposed; SMA: $100.00; FORFEITURE imposed pursuant to the terms of the plea agreement at paragraph 23. |

**Highest Offense Level (Opening)**

Felony

1

**Terminated Counts**                                        **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                                               **Disposition**

18:922(o) Possession of a Machine
Gun

---

**Interested Party**

**US Probation Office**

---

**Plaintiff**

**USA**                                    represented by   **Hector L. Siaca–Flores**
                                                            DOJ–USAO
                                                            Torre Chardon 350 Chardon Avenue
                                                            Ste 1201
                                                            San Juan, PR 00918
                                                            787–308–8938
                                                            Email: hector.siaca.flores@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: AUSA Designation*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2023 | 1 | COMPLAINT as to Kevin Daniel Colon–Rivera (1), Yefriel Robles–Canales (2), Juniel Santiago–Soto (3). (Attachments: # 1 Affidavit with Attachments) (arg) [3:23–mj–00682–MEL] (Entered: 06/14/2023) |
| 06/14/2023 | 2 | *RESTRICTED* Arrest Warrant Issued by US Magistrate Judge Marcos E. Lopez in case as to Kevin Daniel Colon–Rivera (1), Yefriel Robles–Canales (2), Juniel Santiago–Soto (3). (arg) [3:23–mj–00682–MEL] (Entered: 06/14/2023) |
| 06/14/2023 |   | Arrest of Kevin Daniel Colon–Rivera (1), Yefriel Robles–Canales (2) and Juniel Santiago–Soto (3). (mcc) [3:23–mj–00682–MEL] (Entered: 06/15/2023) |
| 06/14/2023 | 6 | Minute Entry for proceedings held before US Magistrate Judge Marcos E. Lopez: Initial Appearance as to Kevin Daniel Colon–Rivera (1), Yefriel Robles–Canales (2) and Juniel Santiago–Soto (3) held on 6/14/2023. AFPD Joanna LeRoy was present. Defendants were under custody, present in court, and assisted by a certified court interpreter. Defendants were advised of their rights and the applicable minimum and maximum statutory penalties that they are exposed to if convicted of the charges in the criminal complaint. After reviewing the CJA–23 form filled by defendants, the |

Court deemed it appropriate to appoint counsel. The FPD was appointed to represent defendant #1. An attorney from the CJA panel will be appointed to represent defendants #2 and #3. The Court ordered the defendants temporarily detained. **As to defendants #1 and #2, the Preliminary Hearing is set for 6/28/2023 at 1:30 pm in Courtroom 8 before US Magistrate Judge Marcos E. Lopez. As to defendants #1 and #2, the Bail Hearing is set for 6/20/2023 at 2:30 pm in Courtroom 8 before US Magistrate Judge Marcos E. Lopez. As to defendant #3, a Preliminary and Bail Hearing is set for 6/28/2023 at 1:30 pm in Courtroom 8 before US Magistrate Judge Marcos E. Lopez.** Pursuant to the Due Process Protections Act, Pub. L. No. 116–182, 134 Stat. 894 (Oct. 21, 2020) and Rule 5(f) of the Federal Rules of Criminal Procedure, the United States is reminded of its obligation to disclose in a timely manner all exculpatory evidence to the defendant[s], that is, all evidence that is favorable to the defendant[s] or tends to cast doubt on the United States case, as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order may result in consequences, including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the Court.(Court Reporter DCR.) Hearing set for 06:01. Hearing held at 06:01. Hearing ended at 06:13. Interpreter Ana Navarro. (mcc) [3:23–mj–00682–MEL] (Entered: 06/15/2023)

| 06/14/2023 | 3 | *RESTRICTED* CJA 23 Financial Affidavit by Kevin Daniel Colon–Rivera (1). (mcc) [3:23–mj–00682–MEL] (Entered: 06/15/2023) |
| 06/14/2023 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Kevin Daniel Colon–Rivera (1).  Signed by US Magistrate Judge Marcos E. Lopez on 6/14/2023.(mcc) [3:23–mj–00682–MEL] (Entered: 06/15/2023) |
| 06/14/2023 | 9 | ORDER detention hearing as to Kevin Daniel Colon–Rivera (1). Defendant is TEMPORARILY DETAINED pending the bail hearing.  Signed by US Magistrate Judge Marcos E. Lopez on 6/14/2023. (mcc) [3:23–mj–00682–MEL] (Entered: 06/16/2023) |
| 06/16/2023 | 12 | NOTICE OF ATTORNEY APPEARANCE: Victor P. Miranda–Corrada appearing for Kevin Daniel Colon–Rivera (1) (Miranda–Corrada, Victor) [3:23–mj–00682–MEL] (Entered: 06/16/2023) |
| 06/20/2023 | 15 | NOTICE OF ATTORNEY APPEARANCE: Hector L. Siaca–Flores appearing for USA. (Siaca–Flores, Hector) [3:23–mj–00682–MEL] (Entered: 06/20/2023) |
| 06/20/2023 | 14 | ***SELECTED PARTIES***Notice of Disclosure of Pretrial Services Report as to Kevin Daniel Colon–Rivera (1). Pretrial Services Reports are made available to Defense Counsel and the Government. The Pretrial Reports are not public record, are not to be produced or disclosed to any other party, and shall remain confidential as provided in Title 18 U.S.C. 3153(c)(1), by USA, US Probation Office, Kevin Daniel Colon–Rivera (Nunez Diaz, Naysha) [3:23–mj–00682–MEL] (Entered: 06/20/2023) |
| 06/20/2023 | 39 | Minute Entry for proceedings held before US Magistrate Judge Marcos E. Lopez: Bail Hearing as to Kevin Daniel Colon–Rivera (1) held on 6/20/2023. AUSA Damare Theriot, AFPD Victor Miranda and USPO August Castro were present. Defendant was under custody, present in court, and did not require the assistance of a certified court interpreter. The government argued for detention. The defense argued for conditions of release. USPO August Castro was also heard. After having heard the parties, the Court ordered the defendant detained pending trial as to danger to the |

| | | |
|---|---|---|
| | | community grounds. (Court Reporter DCR.) Hearing set for 02:30. Hearing held at 02:36. Hearing ended at 02:57. (mcc)[3:23–mj–00682–MEL] (ab) (Entered: 09/18/2023) |
| 06/21/2023 | 19 | ORDER OF DETENTION PENDING TRIAL as to Kevin Daniel Colon–Rivera (1). Signed by US Magistrate Judge Marcos E. Lopez on 6/20/2023. (jhi) [3:23–mj–00682–MEL] (Entered: 06/21/2023) |
| 06/22/2023 | 20 | INDICTMENT as to Kevin Daniel Colon–Rivera (1) count(s) 1, Yefriel Robles–Canales (2) count(s) 2, Juniel Santiago–Soto (3) count(s) 3, 4. (Attachments: # 1 NPV Indictment) (arg) (Entered: 06/23/2023) |
| 06/22/2023 | 21 | Minute Entry for proceedings held before US Magistrate Judge Bruce J. McGiverin: Return of Indictment by Grand Jury as to Kevin Daniel Colon–Rivera (1), Yefriel Robles–Canales (2), Juniel Santiago–Soto (3) held on 6/22/2023. **As to defendant #1, Arraignment to be set by the Court. As to defendant #2 and #3, Arraignment set for 6/28/2023 at 1:30 PM in Courtroom 8 before US Magistrate Judge Marcos E. Lopez.** All defendants under custody. Marshal to produce the defendants. (Court Reporter DCR.) (arg) (Entered: 06/23/2023) |
| 06/23/2023 | 23 | ORDER as to Kevin Daniel Colon–Rivera (1): **Arraignment is set for 6/29/2023 at 10:00 AM in Courtroom 11 before US Magistrate Judge Bruce J. McGiverin.** Signed by US Magistrate Judge Bruce J. McGiverin on 6/23/2023. (bgl) (Entered: 06/23/2023) |
| 06/28/2023 | 24 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Kevin Daniel Colon–Rivera (1) (Miranda–Corrada, Victor) (Entered: 06/28/2023) |
| 06/28/2023 | 25 | ORDER as to Kevin Daniel Colon–Rivera (1) re 24 Waiver of Presence at Arraignment filed by Kevin Daniel Colon–Rivera: Plea of not guilty is entered. The parties shall have 7 days for discovery and 14 days thereafter to file any motions. Case is referred to Judge Camille Velez–Rive for further proceedings. **Arraignment set for 6/29/2023 is vacated.** Signed by US Magistrate Judge Bruce J. McGiverin on 6/28/2023. (bgl) (Entered: 06/28/2023) |
| 07/05/2023 | 29 | ORDER as to Kevin Daniel Colon–Rivera (1), Yefriel Robles–Canales (2), Juniel Santiago–Soto (3): **Status Conference is set for 7/19/2023 at 9:30 AM in Courtroom 4 before Judge Camille L. Velez–Rive.** Signed by Judge Camille L. Velez–Rive on 7/5/2023.(ari) (Entered: 07/05/2023) |
| 07/19/2023 | 34 | Minute Entry for proceedings held before Judge Camille L. Velez–Rive: Status Conference as to Kevin Daniel Colon–Rivera (1), Yefriel Robles–Canales (2), and Juniel Santiago–Soto (3) held on 7/19/2023. Present in Court on behalf of the government was AUSA Hector Siaca–Flores, on behalf of the defense were AFPD Victor Miranda–Corrada and Atty. Marta Rey–Cacho. Counsel Kendys Pimentel–Soto was excused. The government informed that partial discovery was tendered to all defendants and it comprises PRPD reports, FBI reports, interview notes/reports, PRPD drug field tests, and ATF e–trace reports for all firearms related to this case. As to pending items, AUSA Siaca indicated there are drug lab reports, firearms lab reports, and cellphone extractions. Atty. Rey added that an individual proffer will be scheduled with the government and moved for additional time to receive new discovery and discuss it with the defendant. AFPD Miranda joined the request for additional time. The Court highlighted that Atty. Pimentel reported in the motion at ECF No. 32 that discovery has yet to be discussed with her client. Upon inquiry by the Court, all parties consented to hold the next conference in 45 days. **A** |

| | | |
|---|---|---|
| | | **Further Status Conference is set for 9/6/2023 at 9:30 AM in Courtroom 4 before Judge Camille L. Velez–Rive**. **STA was tolled in the interest of justice until the next status conference given the defendants' need to review further discovery which outweighs the defendants' and the community's interest in a speedy trial**. (Court Reporter DCR–Courtroom 4.) Hearing set for 09:30 AM. Hearing held at 09:32 AM. Hearing ended at 09:36 AM. (mld) (Entered: 07/19/2023) |
| 08/31/2023 | 35 | ORDER as to Kevin Daniel Colon–Rivera (1), Yefriel Robles–Canales (2), Juniel Santiago–Soto (3): **The Further Status Conference set for 9/6/2023 at 9:30 AM is ADVANCED to 9:00 AM in Courtroom 1 before Judge Camille L. Velez–Rive.** Signed by Judge Camille L. Velez–Rive on 8/31/2023.(ari) (Entered: 08/31/2023) |
| 09/06/2023 | 36 | Minute Entry for proceedings held before Judge Camille L. Velez–Rive: Status Conference as to Kevin Daniel Colon–Rivera (1), Yefriel Robles–Canales (2), and Juniel Santiago–Soto (3) held on 9/6/2023. Present in Court on behalf of the government was AUSA Hector Siaca–Flores; on behalf of the defense were AFPD Victor Miranda–Corrada and court–appointed attorneys Kendys Pimentel–Soto and Marta Rey–Cacho. The government informed that partial discovery was tendered to defense counsel but more time is needed to produce cellphone extractions and drug/firearm lab reports. Additionally, a proffer meeting was held between the government and counsel Cacho and an invitation was also extended to Atty. Pimentel. Plea offers have not been tendered yet. AFPD Miranda agreed with the summary provided by the government and had nothing to add. Atty. Pimentel anticipated that her client might require a psychiatric evaluation but she will not move towards that direction until discovery and conversations with the government have concluded. Atty. Rey requested 45–60 days to review with her client the additional discovery to be disclosed. All attorneys present agreed to hold the next status conference in 60 days. **Further Status Conference is set for 11/6/2023 at 9:30 AM in Hato Rey Courtroom 2 before Judge Camille L. Velez–Rive**. **STA was tolled in the interest of justice until the next status conference given the defendants' need to review discovery and engage in plea negotiations which outweighs the defendants' and the community's interest in a speedy trial**. (Court Reporter DCR–Courtroom 1.) Hearing set for 09:00 AM. Hearing held at 09:10 AM. Hearing ended at 09:15 AM. (mld) (Entered: 09/06/2023) |
| 09/18/2023 | 37 | ***SELECTED PARTIES*** MOTION for Bond by USA, US Probation Office, Kevin Daniel Colon–Rivera (1) as to Kevin Daniel Colon–Rivera (1). Responses due by 10/2/2023. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Miranda–Corrada, Victor) (Entered: 09/18/2023) |
| 09/18/2023 | 38 | MOTION to Restrict Document by Kevin Daniel Colon–Rivera (1). Responses due by 10/2/2023. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Miranda–Corrada, Victor) (Entered: 09/18/2023) |
| 09/18/2023 | 40 | ORDER granting 38 Motion to Restrict Document as to Kevin Daniel Colon–Rivera (1). Signed by Judge Camille L. Velez–Rive on 9/18/2023. (ari) (Entered: 09/18/2023) |
| 09/18/2023 | 41 | ORDER REFERRING MOTION: 37 MOTION for Bond filed by Kevin Daniel Colon–Rivera TO MAGISTRATE JUDGE MARCOS E. LOPEZ for disposition. Signed by Judge Camille L. Velez–Rive on 9/18/2023.(ari) (Entered: 09/18/2023) |
| 09/18/2023 | 42 | ORDER: Not later than September 22, 2023, the United States shall file a response to the 37 Motion for Bond filed by Kevin Daniel Colon–Rivera. Signed by US |

| | | |
|---|---|---|
| | | Magistrate Judge Marcos E. Lopez on 9/18/23. (Lopez, Marcos) (Entered: 09/18/2023) |
| 09/22/2023 | 43 | ***SELECTED PARTIES***RESPONSE to Motion *Opposition* filed by USA, US Probation Office, Kevin Daniel Colon–Rivera (1) as to Kevin Daniel Colon–Rivera (1) re 37 MOTION for Bond filed by Kevin Daniel Colon–Rivera (Siaca–Flores, Hector) (Entered: 09/22/2023) |
| 09/22/2023 | 44 | MOTION to Restrict Document by USA as to Kevin Daniel Colon–Rivera (1). Responses due by 10/6/2023. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Siaca–Flores, Hector) (Entered: 09/22/2023) |
| 09/25/2023 | 45 | MOTION for Leave to File *Reply* by Kevin Daniel Colon–Rivera (1). Responses due by 10/10/2023. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Miranda–Corrada, Victor) (Entered: 09/25/2023) |
| 09/25/2023 | 46 | ORDER regarding 45 Motion for Leave to File as to Kevin Daniel Colon–Rivera (1). Granted.  Signed by US Magistrate Judge Marcos E. Lopez on 9/25/2023. (mcc) (Entered: 09/25/2023) |
| 09/25/2023 | 47 | ORDER regarding 44 Motion to Restrict as to Kevin Daniel Colon–Rivera (1). Granted.  Signed by US Magistrate Judge Marcos E. Lopez on 9/25/2023. (mcc) (Entered: 09/25/2023) |
| 10/02/2023 | 48 | ***SELECTED PARTIES***REPLY TO Motion filed by USA, US Probation Office, Kevin Daniel Colon–Rivera (1) as to Kevin Daniel Colon–Rivera (1) re 37 MOTION for Bond filed by Kevin Daniel Colon–Rivera (Miranda–Corrada, Victor) (Entered: 10/02/2023) |
| 10/02/2023 | 49 | MOTION to Restrict Document by Kevin Daniel Colon–Rivera (1). Responses due by 10/16/2023. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Miranda–Corrada, Victor) (Entered: 10/02/2023) |
| 10/02/2023 | 50 | ORDER regarding 49 Motion to Restrict as to Kevin Daniel Colon–Rivera (1). Granted.  Signed by US Magistrate Judge Marcos E. Lopez on 10/02/2023. (mcc) (Entered: 10/03/2023) |
| 10/02/2023 | 51 | ORDER as to Kevin Daniel Colon–Rivera (1):  **A bail review hearing is set for October 17, 2023 at 1:30 PM in Hato Rey Courtroom 1.** Signed by US Magistrate Judge Marcos E. Lopez on 10/02/2023. (mcc) (Entered: 10/03/2023) |
| 10/17/2023 | 52 | Minute Entry for proceedings held before US Magistrate Judge Marcos E. Lopez: Bail Review Hearing as to Kevin Daniel Colon–Rivera (1) held on 10/17/2023. AUSA Hector Siaca, AFPD Victor Miranda and USPO Gabriela Hernandez were present. Defendant was under custody, present in court, and assisted by a certified court interpreter. After having heard the parties, the Court granted conditions of release. (Court Reporter DCR.) (Hearing held in Hato Rey Courtroom 1.) Hearing set for 01:30. Hearing held at 02:13. Hearing ended at 02:52. Interpreter Iris Ramirez. (mcc) Modified on 10/18/2023 to edit docket text as per cdc's request (ab). (Entered: 10/18/2023) |
| 10/23/2023 | 53 | ORDER Setting Conditions of Release as to Kevin Daniel Colon–Rivera (1). Bail is set in the amount of $10,000 Unsecured.  Signed by US Magistrate Judge Marcos E. |

| | | Lopez on 10/17/2023.(vrg) (Entered: 10/23/2023) |
|---|---|---|
| 10/23/2023 | 54 | *RESTRICTED* Appearance Bond Entered as to Kevin Daniel Colon–Rivera (1) in amount of $ 10,000 Unsecured. (Attachments: # 1 Copy of ID (TPC)) (vrg) (Entered: 10/23/2023) |
| 10/26/2023 | 55 | ORDER regarding 37 Motion for Bond as to Kevin Daniel Colon–Rivera (1). Granted. *See* ECF No. 53.  Signed by US Magistrate Judge Marcos E. Lopez on 10/26/2023. (mcc) (Entered: 10/27/2023) |
| 10/31/2023 | 56 | ORDER as to Kevin Daniel Colon–Rivera (1), Yefriel Robles–Canales (2), Juniel Santiago–Soto (3):  **The Further Status Conference set for 11/6/2023 at 9:30 AM will be held in Hato Rey Courtroom 4 before Judge Camille L. Velez–Rive.** Signed by Judge Camille L. Velez–Rive on 10/31/2023.(ari) (Entered: 10/31/2023) |
| 11/06/2023 | 57 | Minute Entry for proceedings held before Judge Camille L. Velez–Rive: Status Conference as to Kevin Daniel Colon–Rivera (1), Yefriel Robles–Canales (2), and Juniel Santiago–Soto (3) held on 11/6/2023. Present in Court on behalf of the government was AUSA Hector Siaca–Flores; on behalf of the defense were AFPD Victor Miranda–Corrada and Attys. Kendys Pimentel–Soto and Marta Rey–Cacho. The government informed that extractions for 2 of the cellphones seized and firearm lab reports are still pending production. It further informed that parties are in active plea negotiations with defendant Colon–Rivera (1) and a plea agreement was already tendered to defendant Robles–Canales (2), a meeting has been scheduled for next week to discuss evidence in the case and the possibility of a plea agreement. AFPD Miranda and Atty. Pimentel agreed with the Government's statements and had nothing to add. Atty. Rey indicated that she awaits the pending discovery. All parties agreed to hold a further status conference and AFPD Miranda requested that same be scheduled for a date after the month of December 2023 since he will be out of the jurisdiction. No opposition from AUSA Siaca nor defense attorneys. Calendar availability discussed. **A Further Status Conference is set for 1/16/2024 at 9:30 AM in Hato Rey Courtroom 4 before Judge Camille L. Velez–Rive**. (Court Reporter DCR–Courtroom 4.) (Hearing held in Hato Rey Courtroom 4.) Hearing set for 09:30 AM. Hearing held at 09:36 AM. Hearing ended at 09:39 AM. (mld) (Entered: 11/06/2023) |
| 01/16/2024 | 64 | Minute Entry for proceedings held before Judge Camille L. Velez–Rive: Status Conference as to Kevin Daniel Colon–Rivera (1), Yefriel Robles–Canales (2), and Juniel Santiago–Soto (3) held on 1/16/2024. Present in Court on behalf of the government was AUSA Hector Siaca–Flores; on behalf of the defense were AFPD Joseph Niskar (substituting for AFPD Victor Miranda–Corrada) and court–appointed attorneys Kendys Pimentel–Soto and Marta Rey–Cacho. The government informed that partial discovery was provided but two cellphone extractions and a firearm lab report remain outstanding. The government also awaits response from each defendant regarding the plea offers that were tendered. AFPD Niskar relayed that AFPD Miranda spoke with government counsel last week and will need more time to finalize plea negotiations. Atty. Pimentel awaits reply from the government to the counteroffer submitted on her client's behalf and requested a further status conference in 30 days in order to complete a mitigation package. Atty. Rey joined the request for additional time to finalize plea negotiations. Upon Court's inquiry, all attorneys agreed to an additional period of 30 days. **Further Status Conference is set for 2/16/2024 at 9:30 AM in Hato Rey Courtroom 4 before Judge Camille L. Velez–Rive**. **STA was tolled in the interest of justice until the next status** |

| | | |
|---|---|---|
| | | **conference given the defendants' need to engage in plea negotiations which outweighs the community's and defendants' interest in a speedy trial**. (Court Reporter DCR–Hato Rey Courtroom 4.) (Hearing held in Hato Rey Courtroom 4.) Hearing set for 09:30 AM. Hearing held at 09:44 AM. Hearing ended at 09:47 AM. (mld) (Entered: 01/22/2024) |
| 02/12/2024 | 65 | MOTION to Modify Conditions of Bail Release by Kevin Daniel Colon–Rivera (1). Responses due by 2/26/2024. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Miranda–Corrada, Victor) (Entered: 02/12/2024) |
| 02/12/2024 | 66 | ORDER REFERRING MOTION: 65 MOTION to Modify Conditions of Bail Release to US Magistrate Judge Marcos E. Lopez.  Signed by Judge Camille L. Velez–Rive on 2/12/2024.(ari) (Entered: 02/12/2024) |
| 02/13/2024 | 67 | ORDER: By February 20, 2024, the United States and the United States Probation Office shall state their positions regarding the 65 Motion to Modify Conditions of Bail Release filed by Kevin Daniel Colon–Rivera.  Signed by US Magistrate Judge Marcos E. Lopez on 2/13/24.(Lopez, Marcos) (Entered: 02/13/2024) |
| 02/16/2024 | 70 | RESPONSE to Motion filed by US Probation Office as to Kevin Daniel Colon–Rivera (1) re 65 MOTION to Modify Conditions of Bail Release filed by Kevin Daniel Colon–Rivera (Montanez, Guillermo) (Entered: 02/16/2024) |
| 02/16/2024 | 72 | Minute Entry for proceedings held before Judge Camille L. Velez–Rive: Status Conference as to Kevin Daniel Colon–Rivera (1), Yefriel Robles–Canales (2), and Juniel Santiago–Soto (3) held on 2/16/2024. Present in court on behalf of the government was SAUSA Carlos Romo substituting for AUSA Hector Siaca; on behalf of the defense were AFPD Stephanie Torres (for AFPD Victor Miranda) and Atty. Kendys Pimentel. Atty. Marta Rey was excused. As to discovery, the government informed a firearm lab report and cellphone extractions remain pending. Offers and counteroffers were exchanged with defendants No. 1 and No. 2, a mitigation package is expected from defendant No. 2, and defendant No. 3 filed COP motion. AFPD Torres agreed with the government's representations and requested 30–45 additional days to provide an update to the Court. Atty. Pimentel joined the request for additional time in order to complete a mitigation package. After having heard the parties, the Court granted a period of 45 days for the next conference. **Further Status Conference set for 4/5/2024 at 9:30 AM in Hato Rey Courtroom 4 before Judge Camille L. Velez–Rive**. **STA was tolled in the interest of justice until the next status conference given the defendants' need to finalize plea negotiations which outweighs defendants' and the community's interest in a speedy trial**. (Court Reporter DCR–Hato Rey Courtroom 4.) (Hearing held in Hato Rey Courtroom 4.) Hearing set for 09:30 AM. Hearing held at 09:43 AM. Hearing ended at 09:46 AM. (mld) (Entered: 02/20/2024) |
| 02/20/2024 | 71 | ORDER as to Kevin Daniel Colon–Rivera (1): re 70 Response to Motion filed by US Probation Office. Noted.  Signed by US Magistrate Judge Marcos E. Lopez on 2/20/2024. (mcc) (Entered: 02/20/2024) |
| 02/21/2024 | 73 | ORDER granting 65 Motion to Modify Conditions of Bail Release as to Kevin Daniel Colon–Rivera (1), taking into account, among other matters, USPO's motion (ECF No. 70) and the United States' lack of compliance with the court's order (ECF No. 67).  Signed by US Magistrate Judge Marcos E. Lopez on 2/21/24. (Lopez, Marcos) (Entered: 02/21/2024) |

| 04/05/2024 | 83 | Minute Entry for proceedings held before Judge Camille L. Velez–Rive: Status Conference as to Kevin Daniel Colon–Rivera (1) held on 4/5/2024. Present in court on behalf of the government was AUSA Damare Theriot substituting for AUSA Hector Siaca and on behalf of the defense was AFPD Victor Miranda. The government informed there is an outstanding lab report that shall be provided early next week and a plea offer tendered to the defendant is pending consideration. The government stated it is amenable to any timeframe suggested by defense counsel. The defense requested a draft plea agreement from the government and moved for a period of 30 days to review the same with the client and receive the pending discovery item. **Further Status Conference set for 5/6/2024 at 2:00 PM in Hato Rey Courtroom 4 before Judge Camille L. Velez–Rive. STA was tolled in the interest of justice until the next status conference given the defendant's need to review the remaining discovery and to finalize plea negotiations which outweighs defendant's and the community's interest in a speedy trial**. (Court Reporter DCR–Hato Rey Courtroom 4.) (Hearing held in Hato Rey Courtroom 4.) Hearing set for 09:30 AM. Hearing held at 09:52 AM. Hearing ended at 09:53 AM. (mld) (Entered: 04/09/2024) |
|---|---|---|
| 05/06/2024 | 91 | Minute Entry for proceedings held before Judge Camille L. Velez–Rive: Status Conference as to Kevin Daniel Colon–Rivera (1) held on 5/6/2024. Present in Court on behalf of the government was AUSA Laura Diaz–Gonzalez (substituting for AUSA Hector Siaca–Flores) and on behalf of the defense was AFPD Victor Miranda–Corrada. The government informed that discovery is completed, it does not foresee this case going to trial, and requested 30 days to evaluate a counteroffer received from the defendant and continue plea negotiations. The defense agreed with the summary of the case provided by the government and joined the request for additional time. After having heard the parties, the Court set a **Further Status Conference for 6/7/2024 at 9:30 AM in Hato Rey Courtroom 4 before Judge Camille L. Velez–Rive. STA was tolled in the interest of justice until the next status conference. The Court finds that the parties' need to conclude plea negotiations outweighs defendant's and the community's interests in a speedy trial**. (Court Reporter Evilys Carrion.) (Hearing held in Hato Rey Courtroom 4.) Hearing set for 02:00 PM. Hearing held at 02:07 PM. Hearing ended at 02:10 PM. (mld) (Entered: 05/08/2024) |
| 06/07/2024 | 103 | Minute Entry for proceedings held before Judge Camille L. Velez–Rive: Status Conference as to Kevin Daniel Colon–Rivera (1) held on 6/7/2024. Present in Court on behalf of the government was SAUSA Carlos Romo–Aledo substituting for AUSA Hector Siaca–Flores and on behalf of the defense was AFPD Victor Miranda–Corrada. The government indicated no further updates since the last status conference and requested 30 additional days in order to finish plea negotiations. Counsel for defendant had no objection to the government's request and moved for a further status conference. Calendar availability was discussed. **Further Status Conference set for 7/12/2024 at 9:00 AM in Hato Rey Courtroom 4 before Judge Camille L. Velez–Rive. STA was tolled in the interest of justice until the next status conference given the parties' need to finalize plea negotiations which outweighs defendant's and the community's interests in a speedy trial**. (Court Reporter Robin Dispenzieri.) (Hearing held in Hato Rey Courtroom 4.) Hearing set for 09:30 AM. Hearing held at 09:47 AM. Hearing ended at 09:49 AM. (mld) (Entered: 06/11/2024) |
| 07/12/2024 | 104 | Minute Entry for proceedings held before Judge Camille L. Velez–Rive: Status Conference as to Kevin Daniel Colon–Rivera (1) held on 7/12/2024. Present in Court |

| | | |
|---|---|---|
| | | on behalf of the government was AUSA Helena Daniel substituting for AUSA Hector Siaca–Flores and on behalf of the defense was AFPD Victor Miranda–Corrada. The government informed there is no pending discovery in this case and plea negotiations are ongoing. Counsel for defendant anticipated a meeting with the USAO's Criminal Chief to discuss non–trial resolution and moved for 30–35 additional days before reconvening for a further conference. Without objection from the government, a 30–day term was granted by the Court. Calendar availability was discussed. **Further Status Conference set for 8/19/2024 at 1:30 PM in Hato Rey Courtroom 4 before Judge Camille L. Velez–Rive**. **STA was tolled until the next conference in the interest of justice given the parties' need to finalize plea negotiations which outweighs defendant's and the community's interests in a speedy trial**. (Court Reporter Robin Dispenzieri.) (Hearing held in Hato Rey Courtroom 4.) Hearing set for 09:00 AM. Hearing held at 09:10 AM. Hearing ended at 09:13 AM. (mld) (Entered: 07/15/2024) |
| 08/19/2024 | 107 | MOTION for Change of Plea by Kevin Daniel Colon–Rivera (1). Responses due by 9/3/2024. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Miranda–Corrada, Victor) (Entered: 08/19/2024) |
| 08/19/2024 | 108 | ORDER as to Kevin Daniel Colon–Rivera (1): **Change of Plea Hearing is set for 9/20/2024 at 1:30 PM in Hato Rey Courtroom 4 before Judge Camille L. Velez–Rive. The Status Conference set for today, 8/19/2024, is vacated.** Signed by Judge Camille L. Velez–Rive on 8/19/2024.(ari) (Entered: 08/19/2024) |
| 09/20/2024 | 114 | PLEA AND FORFEITURE AGREEMENT as to Kevin Daniel Colon–Rivera (1). (mld) (Entered: 09/20/2024) |
| 09/20/2024 | 115 | ***EX–PARTE*** PLEA AGREEMENT SUPPLEMENT as to Kevin Daniel Colon–Rivera (1). (mld) (Entered: 09/20/2024) |
| 09/20/2024 | 116 | Minute Entry for proceedings held before Judge Camille L. Velez–Rive: Change of Plea Hearing as to Kevin Daniel Colon–Rivera (1) held on 9/20/2024. Present in Court: AUSA Hector Siaca–Flores and AFPD Victor Miranda–Corrada. The defendant was O/B, present in the courtroom and assisted by a certified court interpreter. The defendant was placed under oath. Defendant was found competent to plead. The defendant was advised as to the nature of the charges and the facts in the case. Further, the defendant was also advised of the maximum penalties he is facing, his constitutional rights, consequences of waiving his constitutional rights, and the applicable statutory guidelines. The Court accepted the defendant's change of plea. Plea entered by Kevin Daniel Colon–Rivera (1): Guilty as to Count One (1) of the Indictment, the only count in which he is charged, pursuant to the plea agreement. Calendar availability was discussed for purposes of a sentencing date. **Sentencing Hearing set for 12/16/2024 at 1:30 PM in Hato Rey Courtroom 4 before Judge Camille L. Velez–Rive**. **A Pre–Sentence Report shall be prepared by the U.S. Probation Office**. Without objection from the government, defendant shall remain under the same conditions of release pending imposition of sentence. Motion terminated: 107 MOTION for Change of Plea filed by Kevin Daniel Colon–Rivera (1). (Court Reporter Robin Dispenzieri.) (Hearing held in Hato Rey Courtroom 4.) Hearing set for 01:30 PM. Hearing held at 02:01 PM. Hearing ended at 02:26 PM. Court Interpreter: Elle Dowd. (mld) Modified on 1/17/2025 to update docket text as per CRD's request (mcm). (Entered: 09/20/2024) |
| 10/24/2024 | 120 | MOTION for Forfeiture of Property */ Motion for Preliminary Order of Forfeiture* by USA as to Kevin Daniel Colon–Rivera (1), Yefriel Robles–Canales (2), Juniel |

| | | |
|---|---|---|
| | | Santiago–Soto (3). Responses due by 11/7/2024. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Text of Proposed Order)(Siaca–Flores, Hector) (Entered: 10/24/2024) |
| 10/24/2024 | 121 | ORDER granting 120 MOTION for Forfeiture of Property / Motion for Preliminary Order of Forfeiture as to Kevin Daniel Colon–Rivera (1), Yefriel Robles–Canales (2), Juniel Santiago–Soto (3) . Signed by Judge Camille L. Velez–Rive on 10/24/2024. (ari) Modified on 10/25/2024 to add related defendants (mcm). (Entered: 10/24/2024) |
| 10/30/2024 | 122 | ***SELECTED PARTIES*** MOTION to Continue by USA, US Probation Office, Kevin Daniel Colon–Rivera (1) as to Kevin Daniel Colon–Rivera (1). Responses due by 11/13/2024. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Miranda–Corrada, Victor) (Entered: 10/30/2024) |
| 10/30/2024 | 123 | MOTION to Restrict Document by Kevin Daniel Colon–Rivera (1). Responses due by 11/13/2024. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Miranda–Corrada, Victor) (Entered: 10/30/2024) |
| 10/30/2024 | 124 | ORDER granting 122 Motion to Continue as to Kevin Daniel Colon–Rivera (1); granting 123 Motion to Restrict as to Kevin Daniel Colon–Rivera (1). **Sentencing Hearing originally set for 12/16/2024 at 1:30 PM is RESET for 1/17/2025 at 2:00 PM in Hato Rey Courtroom 4 before Judge Camille L. Velez–Rive.** Signed by Judge Camille L. Velez–Rive on 10/30/2024. (CVR) (Entered: 10/30/2024) |
| 12/10/2024 | 125 | ***SELECTED PARTIES*** NOTICE of Disclosure of PSR as to Kevin Daniel Colon–Rivera (1). Pursuant to Local Rule 132, the U.S. Probation Officer makes disclosure of the presentence report for the defendant of record. According to said rule, any inaccuracies or discrepancies should be reported to the Probation Officer within 14 days from disclosure of the document. Since the presentence report is a Court Document, its contents must not be recorded or otherwise disseminated to third parties in any manner, by Kevin Daniel Colon–Rivera, US Probation Office, USA, Kevin Daniel Colon–Rivera. (Matos, Natalia) (Entered: 12/10/2024) |
| 01/10/2025 | 126 | ***SELECTED PARTIES*** NOTICE of Filing of Addendum to the PSR as to Kevin Daniel Colon–Rivera (1). The addendum to the presentence investigation report has been filed in compliance with Rule 32 of the Federal Rules of Criminal Procedure by Kevin Daniel Colon–Rivera, US Probation Office, USA, Kevin Daniel Colon–Rivera (Cofresi, Eddebbie) (Entered: 01/10/2025) |
| 01/12/2025 | 127 | ***SELECTED PARTIES***SENTENCING MEMORANDUM by USA, Kevin Daniel Colon–Rivera (1) as to Kevin Daniel Colon–Rivera (1) (Miranda–Corrada, Victor) (Entered: 01/12/2025) |
| 01/12/2025 | 128 | MOTION to Restrict Document by Kevin Daniel Colon–Rivera (1). Responses due by 1/27/2025. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Miranda–Corrada, Victor) (Entered: 01/12/2025) |
| 01/12/2025 | 129 | ORDER granting 128 Motion to Restrict as to Kevin Daniel Colon–Rivera (1). Signed by Judge Camille L. Velez–Rive on 01/12/2025. (CVR) (Entered: 01/12/2025) |
| 01/13/2025 | 130 | |

| | | |
|---|---|---|
| | | ***SELECTED PARTIES***SENTENCING MEMORANDUM by USA, Kevin Daniel Colon–Rivera (1) as to Kevin Daniel Colon–Rivera (1) (Siaca–Flores, Hector) (Entered: 01/13/2025) |
| 01/13/2025 | 131 | MOTION to Restrict Document by USA as to Kevin Daniel Colon–Rivera (1). Responses due by 1/27/2025. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Siaca–Flores, Hector) (Entered: 01/13/2025) |
| 01/13/2025 | 132 | ORDER granting 131 Motion to Restrict Document as to Kevin Daniel Colon–Rivera (1). Signed by Judge Camille L. Velez–Rive on 1/13/2025. (ari) (Entered: 01/13/2025) |
| 01/17/2025 | 133 | Minute Entry for proceedings held before Judge Camille L. Velez–Rive: Sentencing held on 1/17/2025 for Kevin Daniel Colon–Rivera (1). Present in Court: AUSA Pedro Casablanca–Sagardia (substituting for AUSA Hector Siaca–Flores), AFPD Victor Miranda–Corrada, and USPO Natalia Matos–Quintana. The defendant was O/B, present in the courtroom and assisted by a certified court interpreter. There were no objections to the 125 PSR from either party. A minor clarification to paragraph 46 of the PSR placed on the record by defense counsel was noted by the Court. The Court acknowledged having reviewed the sentencing memoranda filed by defense counsel and the government at ECF Nos. 127 and 130 , respectively. The parties incorporated by reference their sentencing memoranda and the recommendations contained therein. The defendant declined his right to allocution. Sentence imposed as to Count(s) 1 – IMPR: TIME SERVED, followed by Three (3) years of SRT; Fine not imposed; SMA: $100.00; FORFEITURE imposed pursuant to the terms of the 114 plea agreement at paragraph 23. The defendant was advised of his right to appeal which is subject to the waiver of appeal included in the plea agreement. All terms and conditions are specified in the judgment form. (Court Reporter Kelly Surina.) (Hearing held in Hato Rey Courtroom 4.) Hearing set for 02:00 PM. Hearing held at 01:49 PM. Hearing ended at 01:56 PM. Court Interpreters: Lisa Leilanie Solis and Dennise Serrano. (mld) (Entered: 01/17/2025) |
| 01/17/2025 | 134 | JUDGMENT as to Kevin Daniel Colon–Rivera (1). Count(s) 1 – IMPR: TIME SERVED, followed by Three (3) years of SRT. Fine not imposed. SMA: $100.00. FORFEITURE imposed pursuant to the terms of the 114 plea agreement at paragraph 23. Signed by Judge Camille L. Velez–Rive on 1/17/2025. (mld) (Entered: 01/17/2025) |
| 01/17/2025 | 135 | ***NOT FOR PUBLIC DISCLOSURE*** Statement of Reasons as to Kevin Daniel Colon–Rivera (1). Signed by Judge Camille L. Velez–Rive on 1/17/2025. (mld) (Entered: 01/17/2025) |
| 01/27/2025 | 136 | NOTICE *of Publication* by USA as to Kevin Daniel Colon–Rivera (1), Yefriel Robles–Canales (2), Juniel Santiago–Soto (3) (Attachments: # 1 Attachment 1)(Siaca–Flores, Hector) (Entered: 01/27/2025) |
| 02/27/2025 | 137 | Supervised Release Transferred to District of Connecticut as to Kevin Daniel Colon–Rivera (1) Transmitted Transfer of Jurisdiction form.(mg) (Entered: 02/27/2025) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
CLERK'S OFFICE USDC PR

2023 JUN 22 PM 1:00

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br><br>v.<br><br><br>**[1] Kevin Daniel Colon Rivera**<br>**[2] Yefriel Robles Canales**<br>**[3] Juniel Santiago Soto**,<br><br>Defendant, | **INDICTMENT**<br><br>Criminal NO. 23-**247 (CVR)**<br><br>VIOLATIONS:<br><br>18 U.S.C. § 922(o)<br>18 U.S.C. § 924 (c)<br>21 USC 841 (a)(1) & (b)(1)(C)<br><br><br>(Four Counts & Forfeiture Allegations) |

THE GRAND JURY CHARGES:

## COUNT ONE
### Possession of a Machinegun
### Title 18, <u>United States Code</u>, Section 922(o)

On or about June 12, 2023, in the District of Puerto Rico and within the jurisdiction

of this Court,

### [1]Kevin Daniel Colon Rivera

did knowingly and intentionally possess a machinegun; to wit, one Glock pistol model 22,

bearing serial number BTEN639 modified to fire automatically more than one shot without

manual reloading by a single function of the trigger.

All in violation of 18 U.S.C. §§ 922(o).

INDICTMENT
United States v. Kevin Daniel Colon-Rivera, Yefriel Robles-Canales and Juniel Santiago-Soto
Page 2

## COUNT TWO
### Possession of a Machinegun
### Title 18, United States Code, Section 922(o)

On or about June 12, 2023, in the District of Puerto Rico and within the jurisdiction

of this Court,

## [2] Yefriel Robles Canales,

did knowingly and intentionally possess a machinegun; to wit, one Glock pistol model 45,

bearing serial number BRTW067 modified to fire automatically more than one shot without

manual reloading by a single function of the trigger.

All in violation of 18 U.S.C. §§ 922(o).

## COUNT THREE
### Possession with Intent to Distribute Controlled Substances - Cocaine
### Title 21 United States Code, 841 (a)(1) & (b)(1)(C)

On or about June 12, 2023, in the District of Puerto Rico and within the jurisdiction
of this Court,

## [3] Juniel Santiago Soto

did knowingly and intentionally possess with intent to distribute a mixture or substance

containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled

Substance. All in violation of 21 U.S.C. § 841(a)(l) and (b)(l)(C).

## COUNT FOUR
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime
### Title 18, United States Code, Section 924 (c)

On or about June 12, 2023, in the District of Puerto Rico and within the jurisdiction

of this Court,

## [3] Juniel Santiago Soto

did knowingly and intentionally possess a firearm; to wit, one Canik pistol model TP9DA, bearing serial number 17BJ00489 in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States pursuant to Title 21 U.S.C. § 841(a)(l). All in violation of Title 18 U.S.C. § 924(c)(I)(A).

## Firearms and Ammunition Forfeiture Allegation

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses in violation of Title 18, United States Code, Section 922(g)(1) and Title 18, United States Code, Section 922(o) set forth in Count One and Two of this Indictment, the defendants shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section, 2461(c), any firearms and ammunition involved or used in the commission of the offense, including, but not limited to: One Glock pistol, Model 45, with serial number BRTW067; One Glock pistol, Model 22, with serial number BTEN639; One Canik pistol, Model TP9DA, with serial number 17BJ00489, along with the magazines and ammunition involved in the commission of the offense. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or

INDICTMENT
United States v. Kevin Daniel Colon-Rivera, Yefriel Robles-Canales and Juniel Santiago-Soto
Page 4

   e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to

Title 21, <u>United States Code</u>, Section 853(p), as incorporated by Title 28, <u>United States Code</u>,

Section 2461(c). All pursuant to 18 <u>United States Code</u>, Section

924(d) and 28 <u>United States Code</u>, Section 2461(c).


**Forfeiture allegation**
**Related to Drug distribution - proceeds and facilitating property**
(Title 21 U.S.C. §853(p))

     The Grand Jury further finds that

1.     The allegations contained in this Indictment are hereby realleged and incorporated

by reference for the purpose of alleging forfeitures pursuant to Title 21 U.S.C. § 853.

2.     Pursuant to Title 21 U.S.C. § 853, upon conviction of an offense in violation of Title

21 U.S.C. § 841, the defendant shall forfeit to the United States of America any property

constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of

such offenses and any property used, or intended to be used, in any manner or part, to

commit, or to facilitate the commission of the offenses.

3.     If any of the property described above, as a result of any act or omission of the

defendants:

    a.  cannot be located upon the exercise of due diligence;
    b.  has been transferred or sold to, or deposited with, a third party;
    c.  has been placed beyond the jurisdiction of the court;
    d.  has been substantially diminished in value; or
    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to

Title 21 U.S.C. § 853(p).

TRUE BILL

FOREPERSON

Date: _6/22/23_

W. STEPHEN MULDROW
United States Attorney

Teresa Zapata-Valladares
Assistant U.S. Attorney
Deputy Chief, Gang Section

Héctor Siaca-Flores
Assistant United States Attorney
Gang Section

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
District of Puerto Rico

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| KEVIN DANIEL COLON-RIVERA (1) | Case Number:  3:23-cr-00247-CVR-1 |
| | USM Number:  64086-510 |
| | AFPD Victor P. Miranda-Corrada |
| | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)   One (1) of the Indictment, plea entered on September 20, 2024.

☐ pleaded nolo contendere to count(s)
  which was accepted by the court.

☐ was found guilty on count(s)
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §922(o) | Possession of a Machinegun | 6/12/2023 | One (1) |

        The defendant is sentenced as provided in pages 2 through _____7_____ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____   ☐ is   ☐ are dismissed on the motion of the United States.

        It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

1/17/2025
Date of Imposition of Judgment

*s/Camille L. Vélez-Rivé*
Signature of Judge

Camille L. Vélez-Rivé - United States District Judge
Name and Title of Judge

1/17/2025
Date

23

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT:   KEVIN DANIEL COLON-RIVERA (1)
CASE NUMBER:   3:23-cr-00247-CVR-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

TIME SERVED.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at   _____   ☐ a.m.   ☐ p.m.    on   _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on   _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page   3   of   7

DEFENDANT:   KEVIN DANIEL COLON-RIVERA (1)
CASE NUMBER:   3:23-cr-00247-CVR-1

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

Three (3) years, to be served under the following Mandatory, Standard, and Special conditions of supervision.

## MANDATORY CONDITIONS

1.   You must not commit another federal, state or local crime.
2.   You must not unlawfully possess a controlled substance.
3.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
      ☐ The above drug testing condition is suspended, based on the court's determination that you
         pose a low risk of future substance abuse. *(check if applicable)*
4.   ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of
         restitution. *(check if applicable)*
5.   ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.   ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as
         directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you
         reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.   ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3A — Supervised Release

|  | Judgment—Page | 4 | of | 7 |
|---|---|---|---|---|

DEFENDANT:  KEVIN DANIEL COLON-RIVERA (1)
CASE NUMBER:  3:23-cr-00247-CVR-1

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision.  These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so.  If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10.  You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11.  You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12.  If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction.  The probation officer may contact the person and confirm that you have notified the person about the risk.
13.  You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 3D — Supervised Release

Judgment—Page __5__ of __7__

DEFENDANT:  KEVIN DANIEL COLON-RIVERA (1)
CASE NUMBER:  3:23-cr-00247-CVR-1

## SPECIAL CONDITIONS OF SUPERVISION

1) Mental Health Evaluation/Treatment: The defendant shall participate in an approved mental health treatment program for evaluation and/or treatment services determination. If deemed necessary, the treatment will be arranged by the officer in consultation with the treatment provider; the modality, duration, and intensity of treatment will be based on the risks and needs identified. The defendant will contribute to the costs of services rendered by means of co-payment, based on his ability to pay or the availability of third-party payment.

2) Search and Seizure: The defendant shall submit his person, property, house, vehicle, papers, computers (as defined in 18 U.S.C. Section 1030(e)(1)), other electronic communication or data storage devices, and media, to a search conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

DNA: Already collected (#GUA15687).

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page    6    of    7

DEFENDANT: KEVIN DANIEL COLON-RIVERA (1)
CASE NUMBER: 3:23-cr-00247-CVR-1

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment*** | **JVTA Assessment**** |
|---|---|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

☐   The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss***** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ 0.00 | $ 0.00 | |

☐   Restitution amount ordered pursuant to plea agreement   $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐   the interest requirement is waived for the   ☐  fine   ☐  restitution.

☐   the interest requirement for the   ☐  fine   ☐  restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

28

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

DEFENDANT:  KEVIN DANIEL COLON-RIVERA (1)
CASE NUMBER:  3:23-cr-00247-CVR-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ __100.00__ due immediately, balance due

☐ not later than _____ , or
☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years),* to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years),* to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number Defendant and Co-Defendant Names *(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:
Any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:  a Glock pistol model 22, bearing serial #BTEN639, modified to fire automatically more than one shot without manual reloading by a single function of the trigger and a pistol magazine of 22 round capacity loaded with 19 rounds of .40 ammunition.  See Plea and Forfeiture Agreement filed at ECF No. 114, paragraph 23, pages 8-9.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.